### NEWMARK et al. v. HOROWITZ BROS.

(Supreme Court, Appellate Term.  May 7, 1909.)

JUDGMENT (§ 138*)—DEFAULT JUDGMENT—SETTING ASIDE.

    Default judgment against defendant, a corporation, will be reversed, and complaint dismissed; the person served with summons having been neither a director or officer of defendant, or authorized to accept service

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

for it, and it not having appeared, except specially to have judgment set aside.

[Ed. Note.—For other cases, see Judgment, Dec. Dig. § 138.*]

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by William Newmark and others, copartners doing business as Newmark & Davis, against Horowitz Bros., a domestic corporation. From a judgment by default, defendant appeals. Reversed, and complaint dismissed.

Argued before GILDERSLEEVE, P. J., and DAYTON and GOFF, JJ.

Nathan Burkan, for appellant.

Durst, Langfur & Altman, for respondents.

PER CURIAM. It appears to be established by the affidavits, without specific contradiction, that the person served with the summons was neither a director nor an officer of defendant corporation, nor in any way authorized to accept service for the corporation, nor has the corporation appeared in the action, except specially to have the judgment set aside.

Judgment reversed, with costs to appellant, and complaint dismissed.